IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **JIMMY FRANK CAMERON,** ) | |
| ) | |
| **Petitioner,** ) | |
| vs. ) | **Case No.   3-08-cv-35-VEH-TMP** |
| ) | |
| **WARDEN; ATTORNEY** ) | |
| **GENERAL OF THE STATE OF** ) | |
| **ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

**O R D E R**

On December 12, 2008, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby **DISMISSED WITH PREJUDICE** due to petitioner's failure to receive authorization from the Eleventh Circuit Court of Appeals to file a successive petition, leaving this court without jurisdiction to consider the petition.

2

**DONE** and **ORDERED** this the 8th day of January, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge

Case 3:08-cv-00035-VEH-TMP   Document 20   Filed 01/08/09   Page 2 of 2